■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BOB J. GAY, Appellant. [872 NYS2d 309]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Yates County Court, W. Patrick Falvey, J.—Sodomy, 2nd Degree). Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BOB J. GAY, Appellant. [872 NYS2d 309]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Yates County Court, W. Patrick Falvey, J.—Criminal Sexual Act, 2nd Degree). Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID H. LADD, Appellant. [872 NYS2d 312]—Appeal dismissed as abandoned. Counsel's motion to be relieved of assignment granted. (Appeal from Judgment of Monroe County Court, Frank P. Geraci, Jr., J.—Felony Driving While Intoxicated). Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREENE B. MULLEN, Also Known as BARRY MULLENS, Appellant. [872 NYS2d 309]—Order unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Order of Erie County Court, Michael L. D'Amico, J.—2005 Drug Law Reform Act). Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE PETERSON, Appellant. [872 NYS2d 311]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Stephen K. Lindley, A.J.—Burglary, 3rd Degree). Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODGER B. SAGE, Appellant. [872 NYS2d 309]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Frank P. Geraci, Jr., J.—Burglary, 3rd Degree). Present—Scudder, P.J., Martoche, Centra, Fahey and Peradotto, JJ.